UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00303-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOSE ANDRES LOPEZ-LOPEZ,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, August 17, 2009,** and responses to these motions shall be filed by **Friday, August 28 , 2009.**  It is

    FURTHER ORDERED that counsel may request a hearing on all pending motions, if necessary, at a future date.  It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, September 28, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated: July 31, 2009

                              BY THE COURT:

                              <u>s/ Wiley Y. Daniel</u>
                              Wiley Y. Daniel
                              Chief United States District Judge