UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00303-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JOSE ANDRES LOPEZ-LOPEZ,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A Notice of Disposition was filed in the above matter on September 2, 2009. The 3-day jury trial set to commence on Monday, September 28, 2009, is **VACATED**. A Change of Plea hearing is set for **Wednesday, September 30, 2009, at 3:00 p.m.**

     **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy.

     Dated: September 2, 2009